IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN YOUNG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRIAN COLEMAN, *Superintendent*;<br>SAMUEL RYMAROWIZ, *LT.*; SERGEANT<br>GUNSALLUS; CORRECTION OFFICER<br>MAZCKO; CRIS MYERS, *Physicions*<br>*Assistant*; R. TRETINIK, *Correctional Health*<br>*Care Administrator*; CORRECTION OFFICER<br>JOHN DOE 1; CORRECTION OFFICER 2;<br>CORRECTION OFFICER JOHN DOE 3;<br>CORRECTION OFFICER JOHN DOE 4 *and*<br>*various other JOHN DOE'S to be named when*<br>*identified*<br><br>　　　　　Defendants. | Civil Action No. 10 - 786<br><br>District Judge Nora Barry Fischer<br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

The above captioned case was initiated on June 9, 2010, by the filing of a Motion to Proceed *In Forma Pauperis* accompanied by a Complaint. It was referred to Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court.

The Magistrate Judge's Report and Recommendation (ECF no. 31), filed on May 2, 2011, recommended that the Motion to Dismiss filed by Defendant P.A. Chris Myers (ECF No. 22) be denied. No objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

　　　　　AND NOW, this 26th day of May, 2011;

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendant P.A. Chris

Myers (ECF No. 22) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF no. 31) dated May 2, 2011, is adopted as the Opinion of the Court.

By the Court:

*Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc: Brian Young
DL - 3506
S.C.I. Forest
P.O. Box 945
Marienville, PA 16239